# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Alfred Certeza,

    Plaintiff,

Case No. 19-cv-1921 (MJD/ECW)

v.

**ORDER**

AT&T Umbrella Benefit Plan No. 3, <u>et al.</u>,

    Defendants.

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated September 5, 2019, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that

1. The Court **ADOPTS** the Report and Recommendation dated September 5, 2019 [Docket No. 9].

2. Plaintiff's claims against Defendants AT&T Southeast Disability Benefits Program and Sedgwick are **DISMISSED WITHOUT PREJUDICE** and without an award of fees or costs to any party; and

3. Defendants AT&T Southeast Disability Benefits Program and Sedgwick are excluded from the caption of this matter in future pleadings.

DATED: October 2, 2019                 s/ Michael J. Davis
                                                          MICHAEL J. DAVIS
                                                          United States District Court Judge